IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JOSEPH ALEXANDER DANSBY                                              PLAINTIFF

v.                                      Case No. 4:26-cv-4022

CHARLES FRIDAY; BEN HALE;
HEATH ROSS; JOE SHORT; and
DUNCAN CULPEPPER                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed by the Honorable Spencer G.

Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 9.  Judge

Singleton recommends that this case be dismissed without prejudice pursuant to 28 U.S.C.

§ 1915A(b)(1).  Plaintiff has not filed objections to the Report and Recommendation, and the time

to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face

of the record, the Court adopts the Report and Recommendation (ECF No. 9) *in toto.*  Accordingly,

this case is **DISMISSED WITHOUT PREJUDICE**.  Plaintiff is warned that, in the future, this

dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**, this 19th day of May, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge